## Patrick E. Hogan, Appellee, v. John Carlson, Appellant.

### Gen. No. 17,865. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913. Rehearing denied October 23, 1913.

### Statement of the Case.

Action by Patrick E. Hogan against John Carlson for breach of a contract of agistment of a horse. From a judgment for plaintiff for two hundred dollars, defendant appeals.

CHILDS & CHILDS, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. BAILMENTS, § 11*—*care required of agisters.* Whether a bailee under a contract of agistment is liable for the value of a horse which disappeared from pasture, *held* in this case to depend upon the condition of the fence surrounding the pasture.

2. APPEAL AND ERROR, § 1406*—*when verdict will not be disturbed as excessive.* Verdict will not be disturbed as excessive where a greater amount was recovered on a former trial, and the jury were better able to judge.

3. APPEAL AND ERROR, § 1410*—*when verdict not disturbed as against weight of the evidence.* In determining whether a verdict is against the preponderance of the evidence the preponderance is not necessarily on the side of the greater number of witnesses.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.